USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: November 16, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

TOBIAS SCHORR,

        Plaintiff,                      20-cv-2668 (ALC) (GWG)

       -against-                    **ORDER**

OLIVE OIL TIMES, LLC,

        Defendant.

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of Plaintiff's request for a pre-motion conference in anticipation of a motion for partial summary judgment. (ECF No. 14). Defendant shall respond by November 18, 2020.

**SO ORDERED.**

**Dated:** November 16, 2020

       New York, New York                    **ANDREW L. CARTER, JR.**
                                                              **United States District Judge**